

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      Ayala v. Ayala

Appellate case numbers:  01-13-00270-CV

Trial court case number:  2011-35241

Trial court:                     312th District Court of Harris County

      Appellant's motion for rehearing is denied.


      It is so ORDERED.


Judge's signature: /s/ Laura Carter Higley_____
                      Acting for the Court

Panel consists of Justices Jennings, Higley, and Sharp


Date:  April 10, 2014_____